**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON  DIVISION**

IN RE:
ROBERT BOLTON
TERESA BOLTON
DEBTOR(S)                                                    CASE NO. 19-20126

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1.      Part 3.3 of the plan must be amended to indicate who will make payments to GM Financial.  The plan provides boxes to be marked to specify whether the trustee or debtors will make payments to the creditor.

2.      The plan is not feasible.  Secured and priority claims plus administrative expenses will not be paid in full within 60 months.  The plan must be amended as necessary, such as by increasing plan payments, re-amortizing secured claims, or taking other appropriate action.

3.      The trustee estimates a pool of approximately $74,000.00, is required to present a confirmable plan based on the scheduled and filed claims.

4.      There is a pending objection to confirmation of the plan filed by Capital One Auto Finance [Doc 18].  Any changes in valuation of the 2018 Hyundai Santa Fe, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.


Beverly M. Burden, Chapter 13 Trustee

By:   /s/Beverly M. Burden
         Beverly M. Burden,
         Chapter 13 Trustee
         Ky Bar ID:  09330
         P.O. Box 2204
         Lexington, KY 40588-2204
         (859) 233-1527
         notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on John C. Hayden, Esq. on March 6, 2019.

Beverly M. Burden, Chapter 13 Trustee

By:   /s/Beverly M. Burden
      Beverly M. Burden,
      Chapter 13 Trustee